NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SENECA A. DURR, | Case No. 2:18-cv-01907-APG-PAL |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | **(First Request)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file her response to Plaintiff's Motion for Reversal/Remand be extended from February 25, 2019 to **March 29, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel was out of the office on bereavement leave to attend funeral and prayer services following the death of her aunt. In addition, Counsel has over 80+ active social security matters that require two or more dispositive motions per week until mid-April. For example, at this time, Counsel has over 18 dispositive motions due in the month of March, and currently four other dispositive motions due on the same date as the current filing

- 1 -

deadline. As such, Counsel respectfully requests additional time to adequately review the transcript and respond to the issues raised in Plaintiff's Motion. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the belated request for extension, but had ongoing health and personal family issues and filed an extension of time as soon as reasonably practicable. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 22, 2019    /s/ *Joshua Harris*
(*as authorized by email on February 22, 2019)
JOSHUA HARRIS
Attorney for Plaintiff


Dated: February 22, 2019    NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By    /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: February 25, 2019

THE HONORABLE PEGGY A. LEEEN
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

**Joshua R Harris**
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
702-444-4444
Fax: 702-444-4455
Email: josh@richardharrislaw.com

Attorneys for Plaintiff

Respectfully submitted this 22nd day of February 2019,

                         */s/ Tina L. Naicker*
                         TINA L. NAICKER
                         Special Assistant United States Attorney