NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SENECA A. DURR,<br><br>        Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:18-cv-01907-APG-PAL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file her response to Plaintiff's Motion for Reversal/Remand be extended from March 29, 2019 to **April 30, 2019**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel was out of the office on intermittent sick leave for the past two and half weeks with the flu/pneumonia and subsequently out for her chronic migraines, that impair her vision. In addition, Counsel has over 80+ active social security matters that require two or more dispositive motions per week until mid-May. Due to unexpected leave, Counsel respectfully requests additional time to adequately review the transcript and respond to the issues

raised in Plaintiff's Motion.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.   Defendant apologizes for the belated request for extension, but filed an extension of time as soon as reasonably practicable following her sick leave.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                             Respectfully submitted,

Dated:  March 29, 2019          /s/  *Joshua Harris*
                                           (*as authorized by email on March 29, 2019)
                                           JOSHUA HARRIS
                                           Attorney for Plaintiff


Dated:  March 29, 2019          NICHOLAS A. TRUTANICH
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration


                              By    /s/  *Tina L. Naicker*
                                           TINA L. NAICKER
                                           Special Assistant U.S. Attorney
                                           Attorneys for Defendant

                                                     **ORDER**

APPROVED AND SO ORDERED:

DATED: April 9, 2019                                 
                                           THE HONORABLE PEGGY A. LEEN
                                           UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

**Joshua R Harris**
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
702-444-4444
Fax: 702-444-4455
Email: josh@richardharrislaw.com

Attorneys for Plaintiff

Respectfully submitted this 29th day of March 2019,

                                               */s/ Tina L. Naicker*
                                              TINA L. NAICKER
                                              Special Assistant United States Attorney