NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SENECA A. DURR,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 2:18-cv-01907-APG-PAL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file her response to Plaintiff's Motion for Reversal/Remand be extended from April 30, 2019 to **May 9, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel had multiple family deaths and was out on leave attending funeral and prayer services. In addition, Counsel has been out of the office due to her ongoing chronic migraines, which impair her vision. Counsel also has over 100+ active social security matters that require two or more dispositive motions per week until mid-July. Due to unexpected leave, Counsel respectfully requests additional time to adequately review the transcript and respond to

the issues raised in Plaintiff's Motion. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the belated request for extension, but filed an extension of time as soon as reasonably practicable following her sick leave. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

              Respectfully submitted,

Dated: April 30, 2019       /s/ *Joshua Harris*
                (*as authorized by email on April 30, 2019)
                JOSHUA HARRIS
                Attorney for Plaintiff

Dated: April 30, 2019       NICHOLAS A. TRUTANICH
                United States Attorney
                DEBORAH LEE STACHEL
                Regional Chief Counsel, Region IX
                Social Security Administration

           By  /s/ *Tina L. Naicker*
                TINA L. NAICKER
                Special Assistant U.S. Attorney
                Attorneys for Defendant

                **ORDER**

APPROVED AND SO ORDERED:

DATED: May 2, 2019

                THE HONORABLE PEGGY A. LEEEN
                UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

**Joshua R Harris**
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
702-444-4444
Fax: 702-444-4455
Email: josh@richardharrislaw.com

Attorneys for Plaintiff

Respectfully submitted this 30th day of April 2019,

                            */s/ Tina L. Naicker*
                            TINA L. NAICKER
                            Special Assistant United States Attorney