NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SENECA A. DURR, | Case No. 2:18-cv-01907-APG-BNW |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | **(Fourth Request)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file her response to Plaintiff's Motion for Reversal/Remand be extended from May 9, 2019 to **May 15, 2019**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Since the time of the last extension, Counsel has been taking care of her elderly mother following the death of Counsel's uncle and two cousins. Counsel's mother is scheduled for surgery and was out of the office on the date of the current filing deadline to take her mother to the hospital. Due to unexpected leave, Counsel respectfully requests additional time to adequately review the transcript and respond to the issues raised in Plaintiff's

- 1 -

Motion.  Defendant makes this request in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the belated request for extension, but filed an extension of time as soon as reasonably practicable.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  May 9, 2019

/s/  *Joshua Harris*
(*as authorized by email on May 9, 2019)
JOSHUA HARRIS
Attorney for Plaintiff

Dated:  May 9, 2019

NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By      /s/  *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: May 14, 2019

THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

**Joshua R Harris**
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
702-444-4444
Fax: 702-444-4455
Email: josh@richardharrislaw.com

Attorneys for Plaintiff

Respectfully submitted this 9th day of May 2019,

           */s/ Tina L. Naicker*
           TINA L. NAICKER
           Special Assistant United States Attorney