# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SENECA DURR,

    Plaintiff

v.

ANDREW SAUL,

    Defendant

Case No.: 2:18-cv-01907-APG-NJK

**Order (1) Accepting Report and Recommendation, (2) Denying Motion to Affirm, and (3) Granting Motion to Remand**

[ECF Nos. 14, 24, 30]

On January 24, 2020, Magistrate Judge Koppe recommended that I grant plaintiff Seneca Durr's motion to remand and deny the defendant's motion to affirm. ECF No. 30. No party objected. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 30) is accepted**, defendant Andrew Saul's motion to affirm **(ECF No. 24) is DENIED**, and plaintiff Seneca Durr's motion to remand **(ECF No. 14) is GRANTED**. This matter is remanded to the Social Security Administration for further proceedings consistent with this order and with Judge Koppe's report and recommendation.

DATED this 10th day of February, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE